NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN LACY,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2014-3163

---

Petition for review of an arbitrator's decision in No. FMCS#121028-50691-1.

---

## JUDGMENT

---

THOMAS J. GAGLIARDO, The Gagliardo Law Firm, Baltimore, MD, argued for petitioner.

SONIA MARIE ORFIELD, Commercial Litigation Branch, Civil Branch, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>October 16, 2015</u>　　　　<u>/s/ Daniel E. O'Toole</u>
　　　Date　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　Clerk of Court